# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2471

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Craig Freisinger, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: October 2, 1998
Filed: October 15, 1998

_____

Before McMILLIAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Craig Freisinger appeals the sentence the district court[1] imposed on him after revoking his supervised release, on the basis that his sentence exceeds the suggested range of imprisonment calculated by the court under U.S. SENTENCING GUIDELINES MANUAL § 7B1.4(a), p.s. (1997).

---

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

We reject Freisinger's challenge. The Chapter 7 policy statements are "merely advisory," the sentence does not exceed the limit imposed by 18 U.S.C. § 3583(e)(3), and the district court properly considered Freisinger's need for drug treatment. See Unites States v. Carr, 66 F.3d 981, 983 (8th Cir. 1995) (per curiam); United States v. Jones, 973 F.2d 605, 607 (8th Cir. 1992).

Accordingly, we affirm the judgment of the district court

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.